UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>J. MANUEL SANCHEZ-ALVARADO,<br><br>                    Defendant. | No. CR-08-2062-EFS<br><br>**ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS INDICTMENT** |

Before the Court is the Government's Motion to Dismiss Indictment. (Ct. Rec. 19.)  Leave of Court is given to dismiss the Indictment (Ct. Rec. 1); the Court, however, makes no judgment as to the merit or wisdom of this dismissal.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's Motion to Dismiss Indictment **(Ct. Rec. 19)** is **GRANTED.**

2. The Indictment **(Ct. Rec. 1)** shall be **DISMISSED WITH PREJUDICE.**

3. All pending motions are **DENIED AS MOOT.**

ORDER - 1

1  **IT IS SO ORDERED.**  The District Court Executive is hereby directed
2  to enter this Order and furnish copies to counsel, the United States
3  Probation Office, and the United States Marshals.
4　　　DATED this ___7th___ day of August 2008.

6　　　　　　　　　　　　s/ Edward F. Shea
　　　　　　　　　　　　　　EDWARD F. SHEA
7　　　　　　　　　　United States District Judge

Q:\Criminal\2008\2062.Indict.Dismiss.wpd

ORDER - 2